# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOYCE COUNCIL, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:19-cv-03743-SDG |
| PIONEER CREDIT RECOVERY, INC., ) ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joyce Council and Defendant Pioneer Credit Recovery, Inc. stipulate to the dismissal of Plaintiff's claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 6th day of April 2020.

 /s/ Shireen Hormozdi                   /s/ Andrew Z. Smith
Shireen Hormozdi                       Andrew Z. Smith
HORMOZDI LAW FIRM, LLC                 Greenberg Traurig LLP
1770 Indian Trial Lilburn Road         Terminus 200
Suite 175                              3333 Piedmont Road NE, Suite 2500
Norcross, GA 30093                     Atlanta, Georgia 30305
Phone:  (678) 395-7795                 Phone:  (678) 553-2100
Fax:  (866) 929-2434                   Fax:  (678) 553-2212
shireen@norcrosslawfirm.com            smithaz@gtlaw.com

*Attorney for Plaintiff*                *Attorney for Defendant*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, April 6, 2020, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the United States District Court for the Northern District of Georgia via the Court's CM/ECF system, thereby also automatically serving by email notification all attorneys of record.

                                      */s/ Shireen Hormozdi*
                                      Shireen Hormozdi